IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Tony Williams,<br><br>    PLAINTIFF,<br><br>  v.<br><br>South Carolina Workers Compensation Commission, Gary Cannon, Commissioner Beck, Commissioner C. Cynthia, Commissioner Gene McCaskill, Commissioner Aisha Taylor,<br><br>    DEFENDANTS | C/A No. 9:25-cv-03463-BHH-MHC<br><br>**Notice of Removal** |

Defendants, South Carolina Workers Compensation Commission, Gary Cannon, Commissioner Beck, Commissioner C. Cynthia, Commissioner Gene McCaskill, Commissioner Aisha Taylor ("the Defendants") files this Notice of Removal to remove this action from the Jasper County Court of Common Pleas to this Court, pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(b).

    1.    On March 24, 2025, the Plaintiff filed a Complaint in the Jasper County Court of Common Pleas, Civil Action No. 2025-CP-27-00191. A copy of the Complaint is attached.

    2.    Defendant, South Carolina Workers' Compensation Commission received a copy of the Complaint on March 27, 2025, by US Certified Mail, making the filing of this Notice timely pursuant to 28 U.S.C. § 1446(b).

    3.    This is a civil action over which this Court has original and removal jurisdiction under 28 U.S.C. § 1441(c). Specifically, the Complaint alleges that the Defendants violated the Plaintiff's rights under the Fourteenth Amendment to the United States Constitution. The Plaintiff pursues those claims pursuant to 42 U.S.C. § 1983, 1988.

4.  A copy of this Notice of Removal will be served on the Plaintiff, as required by 28 U.S.C. § 1446(d).

5.  A copy of this Notice of Removal will be filed with the Clerk of Court for the Jasper County Court of Common Pleas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Defendant removes this action to this Court's jurisdiction.

GRIFFITH, FREEMAN & LIIPFERT, LLC

s/  *Kate Cappelmann*

E. Mitchell Griffith (Fed. ID #2469)
Kate Cappelmann (Fed. ID #11884)
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
843-521-4242
843-521-4247 (fax)
mgriffith@griffithfreeman.com
kate@griffithfreeman.com

ATTORNEYS FOR DEFENDANTS

April 24, 2025
Beaufort, South Carolina

## CERTIFICATE OF SERVICE

I certify that on April 24, 2025, I served the *Notice of Removal* on the following by depositing it in the United States mail, with postage prepaid and addressed as follows:

Tony A. Williams
145 Fort Sullivan Drive
Ridgeland, SC 29936

*Re:*
*Williams v. SCWCC, et al.*
*2025-CP-25-00191*

s/   *Kate Cappelmann*
_____
Kate Cappelmann (Fed. ID #11884)

Beaufort, South Carolina